UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FREDERICK SILVER,<br><br>                Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>                Defendant. | Case No. 3:26-cv-05075-TMC<br><br>ORDER TO SHOW CAUSE |

      Plaintiff filed an application to proceed *in forma pauperis* ("IFP") in the above titled action. Dkt. 1. In the IFP application, Plaintiff reports no employment history and indicates he has received no income for the past twelve months. *Id.* He reports having $70.00 in cash on hand, no funds in checking or savings accounts, and no other property. *Id.*

      Plaintiff also reports monthly expenses totaling $1,860.00, including $680.00 to support his son. *Id.*

      This Court may permit indigent litigants to proceed IFP upon completion of a proper affidavit of indigence. *See* 28 U.S.C. § 1915(a). "To qualify for in forma pauperis status, a civil litigant must demonstrate both that the litigant is unable to pay court fees and that the claims he or she seeks to pursue are not frivolous." *Ogunsalu v. Nair*, 117

ORDER TO SHOW CAUSE - 1

F. App'x 522, 523 (9th Cir. 2004). To meet the first prong of this test, a litigant must show he or she "cannot because of his [or her] poverty pay or give security for the costs . . . and still be able to provide him[ or her]self and dependents with the necessities of life." *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948).

Here, plaintiff's IFP application omits information necessary for this Court to determine whether he can afford court fees. As he reports no income or savings, it is unclear how he can support his son and cover his own expenses. Without further clarification, plaintiff should not be granted permission to proceed IFP.

Accordingly, plaintiff is ORDERED to show cause by **February 16, 2026**, why this Court should not recommend his IFP application be denied. Alternatively, on or before that date plaintiff may file an amended IFP application clarifying the matters noted above. The Clerk is directed to renote plaintiff's IFP application (Dkt. 1) for **February 16, 2026**, and to send copies of this order to Plaintiff, along with a blank IFP application, and to the Honorable Tiffany M. Cartwright.

Dated this 2nd day of February, 2026.

THERESA L. FRICKE
United States Magistrate Judge

ORDER TO SHOW CAUSE - 2